IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT – EASTERN DIVISION

**FLAVA WORKS, Inc.**
    Plaintiff

v.     **11 cv 5100**

**ANTON BONIC, et al.**
    Defendants

## ANSWER OF DEFENDANT GREGORY TERRY TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Gregory Terry, Defendant, by Douglas W. Graham, his attorney, answering Plaintiff's Second Amended Complaint;

1. Denies any infringement of any copyright of the defendant;

2. Denies any infringement of any copyright of the defendant;

3. Denies the allegations of Paragraph 3 for lack of knowledge of the truth of the facts stated therein;

4. Admits that he resides in Jacksonville, Florida, United States;

5. Denies that this court has personal jurisdiction over himself;

6. Denies the allegations of Paragraph 6;

7. Denies the allegations of Paragraph 7;

8. Denies the allegations of Paragraph 8;

9. Admits that Plaintiff produces adult entertainment but denies knowledge of all its methods of doing so.

10. Admits the allegations of Paragraph 10;

11. Denies receiving any complaint in this case, and denies that the Second Amended Complaint of record has any "Exhibit A" attached;

12. Denies the allegations of Paragraph 12;

13. Denies the allegations of Paragraph 13 as being mis-typed or otherwise incomprehensible;

14. Denies copying and distributing or otherwise infringing any copyrights owned by the Plaintiff;

15. Denies the allegations of Paragraph 15;

16 Denies the allegations of Paragraph 16;

### Count I

17. Denies the allegations of Paragraph 17;
18. Denies the allegations of Paragraph 18;
19. Denies the allegations of Paragraph 19;
20. Denies the allegations of Paragraph 20;

### Count II

17. Denies the allegations of Paragraph 17;
18. Denies the allegations of Paragraph 18;
19. Denies the allegations of Paragraph 19;
20. Denies the allegations of Paragraph 20;

### Count III

17. Denies the allegations of Paragraph 17;
18. Denies the allegations of Paragraph 18;

### Count IV

17. Denies the allegations of Paragraph 17;
18. Denies the allegations of Paragraph 18;
19. Denies the allegations of Paragraph 19;

/s/ Douglas W. Graham   1029401
Attorney for Defendant Terry
29 South LaSalle St.    330
Chicago, Illinois   60603
(312)   236-2931

## **CERTIFICATE OF SERVICE**

Douglas W. Graham hereby certifies that he served copies of the foregoing Answer to Plaintiff's Second Amended Complaint by filing the same electronically upon all parties of record in this action.

/s/ Douglas W Graham