
Case: 1:11-cv-05100 Document #: 95-3 Filed: 07/09/12 Page 1 of 5 PageID #:804



**EXHIBIT B - 1**

Report a Bug | Help | Close window

---

### Details for Subscription 0211185101000012467

**Client Information:**
Account: 906670-0004
Site: Black & Latino Boys LIVE 24/7
URL: http://www.cocodorm.com

**Signup Information:**
Time: 2011-07-04 08:19:41 PM
Email: drew1985@gmail.com
IP Address: 71.171.101.129
Phone: 7039630560

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#426684)

$9.95(USD) for 00030 days followed by $9.95(USD) every 30 days.

**Customer Information:**
ANDREW CLAVIO
22563 Forest run dr
ashburn, VA 20148
United States

| | | |
|---|---|---|
| Member Since: | 2011-07-04 | |
| Expires: | 2011-08-03 11:59:59 PM  [1]  Extend | Extend End Date: |
| Cancel Date: | 2011-07-06 04:35:41 AM | |
| Cancel Reason: | Satisfied Customer | |
| Affiliate: | | |

User: Drew85
Pass: viper11
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
*initial*  0211185101000012467 on 2011-07-04 for $9.95(USD)   Refund Transaction

Case: 1:11-cv-05100 Document #: 95-3 Filed: 07/09/12 Page 2 of 5 PageID #:405

**EXHIBIT B - 2**

Report a Bug | Help | Close window

Details for Subscription 02111185101000012439

**Client Information:**
Account: 906670-0010
Site: Blacks, Latins, Whites and Asians!
URL: http://www.mixitupboy.com

**Signup Information:**
Time: 2011-07-04 08:17:39 PM
Email: clavio.andrew@gmail.com
IP Address: 71.171.101.129
Phone: 7039630560

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#426684)

$9.95(USD) for 00030 days followed by $9.95(USD) every 30 days.

**Customer Information:**
ANDREW clavio
22563 Forest run dr
ashburn, VA 20148
United States

Member Since: 2011-07-04

Expires: 2011-08-03 11:59:59 PM    Extend End Date:
         1    Extend

User: Drew85
Pass: viper11
Re-add User

Cancel Date: 2011-07-06 04:37:23 AM

Test Password

Cancel Reason: Satisfied Customer

Affiliate:

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
*initial*    02111185101000012439 on 2011-07-04 for $9.95(USD)              Refund Transaction

Case: 1:11-cv-05100 Document #: 95-3 Filed: 07/09/12 Page 3 of 5 PageID #:406



**EXHIBIT B - 3**

Report a Bug | Help | Close window

Details for Subscription 0211185101000012401

**Client Information:**
Account: 906670-0052
Site: Raw Rods
URL: http://www.RawRods.com

**Signup Information:**
Time: 2011-07-04 08:15:56 PM
Email: drew1985@gmail.com
IP Address: 71.171.101.129
Phone: N/A

**Subscription Information:**
**Inactive Customer**
Credit card (VISA- BIN#426684)

$9.95(USD) for 00030 days followed by $9.95(USD) every 30 days.

**Customer Information:**
Andrew Clavio
22563 Forest run dr
ashburn, VA 20148
United States

| | | | |
|---|---|---|---|
| Member Since: | 2011-07-04 | | |
| Expires: | 2011-08-03 11:59:59 PM  1  Extend | Extend End Date: | |
| Cancel Date: | 2011-07-04 08:29:57 PM | | |
| Cancel Reason: | Satisfied Customer | | |
| Affiliate: | | | |

User: Drew85
Pass: viper11
Re-add User

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
*initial*   0211185101000012401 on 2011-07-04 for $9.95(USD)   Refund Transaction

Case: 1:11-cv-05100 Document #: 95-3 Filed: 07/06/12 Page 4 of 5 PageID #:407

**EXHIBIT B - 4**

Report a Bug | Help | Close window

Details for Subscription 0211186201000009240 

**Client Information:**
Account: 906670-0001
Site: Black & Latin Ruffnecks & Thugboys
URL: http://www.thugboy.com

**Signup Information:**
Time: 2011-07-05 03:59:52 PM
Email: drew1985@gmail.com
IP Address: 71.171.101.129
Phone: 7039630560

**Subscription Information:**
**Active Customer**
Credit card (VISA- BIN#426684)

$9.95(USD) for 00030 days followed by $9.95(USD) every 30 days.

| | | |
|---|---|---|
| Member Since: | 2011-07-05 | |
| Next Billing: | 2011-08-04 Extend | Extend Billing Date: 1 |
| Affiliate: | Assign Affiliate | |

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2: Match
Stat: R
Retries: 0

**Customer Information:**
Andrew Clavio
22563 Forest Run
Ashburn, VA 20148
United States

Cancel Subscription

User: Drew85
Pass: viper11
Re-add User

Test Password

**Transactions:**
*initial*  0211186201000009240 on 2011-07-05 for $9.95(USD)  Refund Transaction

EXHIBIT B - 5

Live Chat

Contact CCBill | Help
Report a Bug | Bug Fixes
Version: βeta **Use Classic**

**lbpi2004 Flava Works, Inc**
**Last Sign In:**
July 10th, 2011 19:44

**Client Account**
906670 All

Quicklinks...

**Home** **Account Info** **Reports** **WMS** **Legacy Affiliate** **Education & Marketing**

**Lookup Customer(s) From**
Credit/Check
Days to Look Back

**Client Information**
Account **906670**
Subaccount
All
Affiliate

**Payment Information**
Subscription
Credit Card Number
Bank Routing Number
Bank Account Number

**User Information**
First Name
Last Name
Zip code
Email

Back

**Search Results**

| Subscription ID | Site | Date | Active | First Name | Last Name |
|---|---|---|---|---|---|
| 0111008601000035097 | http://www.mixitupboy.com | 2011-01-08 19:52:24 | N | Andrew | Clavio |
| 0210229201000013091 | http://www.cocodorm.com | 2010-08-17 13:49:54 | N | Andrew | Clavio |
| 0210229201000016496 | http://www.thugboy.com | 2010-08-17 16:24:17 | N | Andrew | Clavio |
| 0210229201000016955 | http://www.papicock.com | 2010-08-17 16:51:43 | N | Andrew | Clavio |
| 0210232501000002951 | http://www.cocoboyz.com | 2010-08-20 03:42:40 | N | Andrew | Clavio |
| 0211185101000012401 | http://www.RawRods.com | 2011-07-04 20:15:56 | N | Andrew | Clavio |
| 0211185101000012439 | http://www.mixitupboy.com | 2011-07-04 20:17:39 | N | ANDREW | clavio |
| 0211185101000012467 | http://www.cocodorm.com | 2011-07-04 20:19:41 | N | ANDREW | CLAVIO |
| 0211186201000009240 | http://www.thugboy.com | 2011-07-05 15:59:52 | Y | Andrew | Clavio |

