**From:** Dropbox <no-reply@dropbox.com>
**Date:** Thursday, July 26, 2012 8:54 PM
**To:** Andrew Clavio <drew1985@gmail.com>
**Subject:** Welcome to Dropbox!



Hi Andrew,

Here's how to get the most out of Dropbox:

- Download and install Dropbox.

- Any file you place in your Dropbox folder will automatically save to all your computers, phones and even the Dropbox website!

- Downloading Dropbox also lets you easily share docs and photos, and work together with friends.

To learn more about Dropbox, check out our tour.

Welcome to Dropbox!
- The Dropbox Team

P.S. Get extra space free.


© 2012 Dropbox

D-0001