

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)

FILED
DEC 18 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Flava Works, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Andrew Clavio, )<br>)<br>Defendant. )<br>) | Case No. 1:11-cv-05100 |

## SUGGESTION OF BANKRUPTCY

**COMES NOW**, Defendant, by Bankruptcy Counsel, Juan E. Milanés, Esq., and moves this Honorable Court to stay the proceedings in this matter for the following reason:

Andrew Clavio has filed a Petition for Liquidation under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court in the Eastern District of Virginia and has been assigned Case No. 12-17300-RGM. Said Petition was filed on or about December 12, 2012. Plaintiff herein has been listed as a creditor of Defendant on the Schedules of the Petition. A copy of the Bankruptcy Court's Docket is attached hereto.

This Suggestion of Bankruptcy is for informational purposes only and does not constitute a notice of appearance by the undersigned.

Juan E. Milanés, Esq., VSB 33218
Law Offices of Juan E. Milanés, PLLC
1831 Wiehle Ave, Suite 105
Reston, VA 20190
Ph: (703)880-4881
Fax: (703) 742-9487
MilanesLaw@gmail.com

WHEREFORE, the Defendant, Andrew Clavio, suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

**SUBMITTED** on December 13, 2012.

          **ANDREW ALAN CLAVIO**
          By Bankruptcy Counsel

**Law Offices of Juan E. Milanés, PLLC**
1831 Wiehle Avenue, Suite 105
Reston, Virginia 20190
(703) 880-4881

By: _____
   Juan E. Milanés, VA Bar No. 33218
   **Counsel for Defendant in Chapter 7**

### Certificate of Service

I, Juan E. Milanés, Esq., Counsel for Defendant herein, hereby certify that on this December 13, 2012, a copy of the foregoing Suggestion of Bankruptcy was mailed, first class, postage prepaid, to Plaintiff in this matter, at the following address:

    Meanith Huon, Esq.
    Huon Law Firm
    PO Box 441
    Chicago, IL 60690

    Daliah Saper
    Saper Law Offices
    505 N. LaSalle Ste 350
    Chicago, IL 60654

_____
Juan E. Milanés, Esq.

## U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
## Bankruptcy Petition #: 12-17300-RGM

*Date filed:* 12/12/2012

*Assigned to:* Robert G. Mayer
Chapter 7
Voluntary
No asset

*Debtor*
**Andrew Alan Clavio**
22563 Forest Run Drive
Ashburn, VA 20148-6939
LOUDOUN-VA
SSN / ITIN: xxx-xx-9093

represented by **Juan Ever Milanes**
Law Offices of Juan E. Milanes, PLLC
1831 Wiehle Avenue, Suite 105
Reston, VA 20190-5220
(703) 880-4881
Fax : (703) 742-9487
Email: va.bankruptcylaw@gmail.com

*Trustee*
**Robert Ogden Tyler**
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 North Washington Street, Suite 202
Alexandria, VA 22314
(703) 549-5000

| Filing Date | # | Docket Text |
|---|---|---|
| 12/12/2012 | 1 | Voluntary Petition under Chapter 7 Filed by Juan Ever Milanes of Law Offices of Juan E. Milanes, PLLC on behalf of Andrew Alan Clavio. (Milanes, Juan) |
| 12/12/2012 | 2 | Certificate of Credit Counseling filed by Juan Ever Milanes of Law Offices of Juan E. Milanes, PLLC on behalf of Andrew Alan Clavio. (Milanes, Juan) |
| 12/12/2012 | 3 | U.S. Treasury receipt of Voluntary Petition under Chapter 7(12-17300) [misc,1125] ( 306.00) filing fee. Receipt number 16059134, amount $ 306.00. (U.S. Treasury) |
| 12/13/2012 | 4 | Meeting of Creditors: 01/09/2013, 11:00 AM, Office of the U.S. Trustee, 115 South Union Street, Suite 206, Alexandria, Virginia. Objections to Discharge/Dischargeability due by 03/11/2013. Interim Trustee: Robert Ogden Tyler, . |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/13/2012 08:13:56 | | | |
| PACER Login: | jm6678 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 12-17300-RGM Fil or Ent: filed Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| Billable Pages: | 1 | Cost: | 0.10 |