UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Flava Works, Inc.
                        Plaintiff,

v.                                                      Case No.: 1:11–cv–05100
                                                            Honorable Edmond E. Chang

Andrew Clavio, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2012:

        MINUTE entry before Honorable Edmond E. Chang: In light of the bankruptcy filing of Defendant Clavio, 11 U.S.C. 362 requires that this litigation by stayed. The Court shall effectuate the stay by dismissing the case without prejudice and with leave to reinstate after the completion of the bankruptcy case, if the claim has not been discharged. See Moser v. Universal Engg Corp., 11 F.3d 720, 723 (7th Cir. 1993). Status hearing of 01/24/13 is vacated. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.